SCANNED

RECEIVED
JAN - 6 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

Tellis T. Williams #19060-075
U.S.P. Pollock
P.O. Box 2099
Pollock, LA 71467

January 3, 2011

County Clerks Office
801 Broadway
Nashville, TN

Dear Clerk,

I am requesting my docket sheet for my civil case, my case number is 3:10-1035

I would also like for you to send me a copy of docket entry number 1 with the filing date stamped on it.

Thankyou for your time concerning this matter.

Sincerely,
Tellis T. Williams

*[Handwritten note in margin:] ORDER: The Clerk shall forward a copy of the docket sheet for this action to the Plaintiff. 1-11-11*

