RECEIVED
IN CLERK'S OFFICE
APR 27 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

Tellis T. Williams #253218
Davidson County Sheriffs Office
P.O. Box 196383
Nashville, TN 37219

April 25, 2011

Office of The Clerk
801 Broadway
Nashville, TN 37203

Dear Clerk,

I am requesting my docket sheet for my civil case. My case number is 3:10-CV-01035.

I would also like to know what my informa pauperis status is.

Thank you for your time and concern pertaining to this matter.

Sincerely,
[signature]

Tellis T. Williams #253218

ORDER
The Clerk shall provide a copy of the docket sheet to the Plaintiff
[signature]
us
4-29-11

(xc: Docket Sheet sent to pltf.) (18)