UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TELLIS T. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) NO. 3:10-1035 | |
| | ) JUDGE HAYNES | |
| JERRELL JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

*[Handwritten note: GROSS / This motion is GRANTED / WJH Sr. / 7-11-11]*

## MOTION TO BE EXCUSED

The defendants, Kenneth Mathews, M.D., misidentified in the complaint as "Dr. "John" Matthews (hereinafter referred to as "Mathews"), Susan Reece (hereinafter referred to as "Reece") and Brandon Smith (hereinafter referred to as "Smith") through undersigned counsel, request the court to excuse the requirement of local counsel set forth in Local Rule 83.01(h)(1) and in support state the following:

1. Local Rule 83.01(h)(1) states:

    If none of the counsel appearing on behalf of a party in any civil case is a resident of or has his principal law office in the State of Tennessee, the Clerk of the Court shall immediately notify said counsel that there shall be joined of record by written appearance, within ten (10) days thereafter, associate counsel qualified to practice in the United States District Court for the Middle District of Tennessee who is a resident of this state or has his