UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **TELLIS T. WILLIAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Docket No.: 3:10-CV-01035** |
| | ) | |
| **CAPTAIN JERRELL JONES,** | ) | |
| **NURSE SUSAN REECE,** | ) | |
| **NURSE BRANDON SMITH,** | ) | |
| **DR. "JOHN" MATTHEWS,** | ) | |
| **BABETTE LANIUS, AND** | ) | |
| **ANN HENDERSON,** | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS ANN HENDERSON AND BABETTE LANUIS' REQUEST FOR PERMISSION TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Come now Defendants, Ann Henderson and Babette Lanius, by and through counsel, pursuant to Local Rule 7.01(b) of the United States District Court for the Middle District of Tennessee, and respectfully request permission to file a Reply Memorandum to Plaintiff Tellis T. Williams', Request for Denial of Defendants' Motion to Dismiss for Failure to State a Claim. (Document Entry 43). In support of this Request, Defendants Lanius and Henderson state to the Court that their Reply will be concise in nature and limited to specific arguments raised in Plaintiff's Response Memorandum as well as to address Plaintiff's date of filing such Response.

N:\DATA\Docs\001005\026006\01663454.DOC

Wherefore, Defendants Henderson and Lanius request that this Court to grant them permission to file a Reply Memorandum to Plaintiff's Request for Denial of Defendants' Motion to Dismiss for Failure to State a Claim.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By: ___/s/ J. P<small>AUL</small> B<small>REWER</small>_____
    **P<small>AUL</small> R. L<small>EITNER</small>**
    BPRN 001682
    **J. P<small>AUL</small> B<small>REWER</small>**
    BPRN 25289
    414 Union Street, Suite 1900
    Nashville, Tennessee 37219
    (615) 255-7722

    *Attorneys for Defendants Ann Henderson and Babbette Lanius*

# CERTIFICATE OF SERVICE

Further, I hereby certify that a true and exact copy of the foregoing document has been served on the following parties via certified, return receipt requested, U.S. Mail, postage prepaid at the following address:

>Tellis T. Williams, #253218
>Davidson County Sheriff Office
>Post Office Box 196383
>Nashville, Tennessee 37219-6383

and to the following parties via regular U.S. Mail, postage prepaid at the following address:

>Jerrell Jones
>Robertson County
>311 5th Avenue East
>Springfield, Tennessee 37172

and to the following counsel via electronic means via the Court's electronic filing system to:

>Daniel F. Beasley (BRP #19915)
>Of Counsel
>Lanier Ford Shaver & Payne P.C.
>Post Office Box 2087
>Huntsville, Alabama 35804
>(256) 535-1100
>
>Attorney for Susan Reece, Brandon Smith
>and Kenneth Mathews, M.D.

This 1st day of August, 2011

>By: /s/ J. Paul Brewer
>    J. PAUL Brewer