RECEIVED
IN CLERK'S OFFICE

AUG 17 2011

U.S. DISTRICT COURT
MID. DIST. TENN.

Tellis T. Williams,
                Plaintiff,

V

Jerrell Jones, et al.,
                defendants.

Case No.: 3:10-CV-01035

ORDER:
Motion granted. Plaintiff shall file his
reply by September 6, 2011.

*s/ John S. Bryant*
U.S. Magistrate Judge

---

Plaintiff Tellis T. Williams' Request For Permission
To File A Reply To Defendants' Response
To Plaintiff's Motion To Deny The
Dismissal of His Complaint

---

Comes now Plaintiff Tellis T. Williams, pro se,
pursuant to local rule 7.01(b) of the United States
District Court for the Middle District of Tennessee,
and respectfully request permission to file a Reply
Memorandum to Defendants' Reply Memorandum
(Document Entry 45). In support of this request,
Plaintiff Tellis T. Williams state to the Court that
his reply will be concise in nature, and limited
to specific arguments raised in Defendants Reply
Memorandum.